IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:04CV161-1-V

| | | |
|---|---|---|
| WILLIAM PRESCOD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

     **THIS MATTER** comes before the Court upon the Petitioner's Motion for Status, filed January 30, 2006.

     In his motion, Petitioner requests that the Court schedule a hearing on his case. In addition, Petitioner requests that the Court advise him of the status of his motion to vacate. First, no hearing is required at this time. Second, the Court will rule on Petitioner's case in due course. At the present time there are a number of pending cases that are even older than Petitioner's case. Every effort will be made to rule on Petitioner's case in as expedient a manner as possible.

     **THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for Status is **DENIED**.

Signed: April 20, 2006

*Richard L. Voorhees*

Richard L. Voorhees
Chief United States District Judge