# United States District Court
# For The Western District of North Carolina
# Statesville Division

WILLIAM ALFRED PRESCOD, JR.,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:04CV161-1-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2007, Order.

Signed: July 12, 2007

*[signature]*

Frank G. Johns, Clerk
United States District Court